UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LINDA JOYCE REEVES, | Case No. 25-cv-06555-LB |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** |
| v. | |
| GREYHOUND LINES, INC., | Re: ECF No. 37 |
| Defendant. | |

This case has two prior orders allowing the claims of negligence and breach of contract to proceed, given the court's undisputed diversity jurisdiction. The court directed the plaintiff to file a supplement to add facts to establish plausible federal claims.[1] The plaintiff supplemented her complaint, and the defendant moved to dismiss all claims.[2] The court adopts the fact recitations and legal analysis in its earlier orders by this reference and does not repeat them here. In short, the plaintiff — who allegedly suffered injury on her trip on a Greyhound bus — plausibly pleaded claims for breach of contract and negligence but did not plead federal claims. Her supplemental complaint did not cure this deficiency. The defendant contends that the plaintiff did not plausibly

---

[1] Orders – ECF Nos. 7, 32. The parties consented to magistrate-judge jurisdiction. The court can address the dispute without oral argument. Civil L.R. 7-1(b). Consents – ECF Nos. 6, 16.  28 U.S.C. § 636(c)(1). Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Suppl. Compl. – ECF No. 35; Mot. – ECF No. 37.

ORDER – No. 25-cv-06555-LB

state state claims either.[3] Pleading the legal effect of the contract is sufficient. *Miles v. Deutsche Bank Nat'l Tr. Co.*, 236 Cal. App. 4th 394, 402 (2015). The negligence claim survives because the disputed facts supporting a denial of the duty of care that attaches to common carriers are better addressed at summary judgment.[4]

This disposes of ECF No. 37.

**IT IS SO ORDERED.**

Dated: January 27, 2026

_____
LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California

---

[3] Mot. – ECF No. 37 at 9–15; Reply – ECF No. 41 at 3–7.

[4] *See* Order – ECF No. 7 at 5–6 (legal standard).